UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHANE ROSHTO, ET AL                     CIVIL ACTION

VERSUS                                  NUMBER: 10-1156
                                        C/W 10-1196

TRANSOCEAN LTD., ET AL                  SECTION: "B"(3)


## ORDER REALLOTTING CASE

Taking cognizance of Title 28, Section 455 and Canon 3-C(1) of the Code of Judicial Conduct, and considering that my spouse owns stock in Halliburton Company,[1] I am thusly disqualified from acting herein because of such relationship to that company. Accordingly,

**IT IS ORDERED** that the Clerk of Court reallot this action to another section of the Court other than Section "B".

New Orleans, Louisiana this 12th day of May, 2010.

                                        _____
                                        IVAN L.R. LEMELLE
                                        UNITED STATES DISTRICT JUDGE

MAY 12 2010
**REALLOTTED TO**
**SECT. A**

---

[1] One of our children is a former Halliburton Engineer who also owns stock and other financial interests in Halliburton.