UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHANE ROSHTO and NATALIE ROSHTO** | * | CIVIL ACTION |
| | * | NO.  10-CV-01156 |
| versus | * | SECTION "A" |
| **TRANSOCEAN, LTD. and BP, PLC** | * | DIVISION "3" |
| | * | JUDGE JAY C. ZAINEY |
| | * | MAGISTRATE KNOWLES |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Defendants BP Exploration & Production Inc. and BP Products North America Inc., (collectively the "BP Defendants") hereby identify related entities pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 5.6E.

Undersigned counsel certifies the following related to the BP Defendants:

a) No BP Defendant is publicly traded;

b) BP Exploration & Production Inc. is an indirect subsidiary of BP p.l.c., a corporation organized under the laws of England and Wales, the securities of which are publicly traded;

c) One hundred percent (100%) of Defendant BP Products North America Inc.'s stock is indirectly owned by Defendant BP America Inc.;

Respectfully submitted,

/s/     R. Keith Jarrett
Donald R. Abaunza (Bar #2273)
R. Keith Jarrett (Bar #16984)
Don K. Haycraft (Bar #14361)
Jonathan A. Hunter (Bar #18619)
Mark D. Latham (Bar #19673)
Robert E. Holden (Bar #6935)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108

and

Of Counsel:

Richard C. Godfrey, P.C.
John T. Hickey Jr., P.C.
J. Andrew Langan, P.C.
Matthew T. Regan, P.C.
Wendy L. Bloom, P.C.
Hariklia Karis, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL  60654
312-862-2000 (Tel)
312-862-2200 (Fax)

**Attorneys for BP Products North America Inc. and BP Exploration & Production Inc.**

-3-

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on May 20, 2010, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.  I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

                                                       /s/      R. Keith Jarrett

                                                         R. Keith Jarrett