Case 2:10-cv-01156-JCZ-DEK   Document 73   Filed 05/21/10   Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHANE ROSHTO and NATALIE ROSHTO** | **CIVIL ACTION NUMBER 2:10-CV-01156** |
| | **JUDGE JAY C. ZAINEY** |
| **VERSUS** | |
| **TRANSOCEAN, LTD and BP, PLC** | **MAG. JUDGE DANIEL E. KNOWLES, III** |

| | |
|---|---|
| *PERTAINS TO:* | **CIVIL ACTION NUMBER 02:10-CV-1196** |
| **MICHELLE M. JONES** | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing Motion to Enroll Additional Counsel of Record filed by Plaintiff;

**IT IS ORDERED** that the motion is granted and that Andrew Blanchfield (Bar Roll Number 16812) of the firm Keogh, Cox & Wilson, Ltd., Post Office Box 1151, Baton Rouge, LA 70821, be and is hereby enrolled as additional counsel of record representing Plaintiff in the above captioned action.

New Orleans, Louisiana, this \_\_\_21st\_\_\_ day of _____May_____, 2010.

_____
**JUDGE, UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

K:\Public\JWD\JONES.GORDON\Pleadings\Motion to Enroll - Blanchfield - Order.wpd