UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GEORGE BARISICH, individually and on behalf of all others similarly situated, and UNITED COMMERCIAL FISHERMAN'S ASSOCIATION, INC., individually and on behalf of all others similarly situated | * * * * | CIVIL ACTION<br><br>NO. CV-10-01324<br><br>SECTION "J" |
| versus | * | DIVISION "1" |
| BP, P.L.C.; BP AMERICAN PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION INC.; TRANSOCEAN, LTD.; TRANSOCEAN HOLDINGS, INC.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN DEEPWATER, INC., ANADARKO E&P COMPANY LP; ANADARKO PETROLEUM CORPORATION; MOEX OFFSHORE 2007 LLC; CAMERON INTERNATIONAL CORPORATION; HALLIBURTON ENERGY SERVICES, INC.; and HALLIBURTON COMPANY | * * * * * * * * | JUDGE CARL J. BARBIER<br><br>MAGISTRATE SALLY SUSHAN |

**REQUEST FOR NOTICE**

      **NOW INTO COURT**, comes undersigned counsel for Defendants, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc. and Transocean Holdings, LLC (improperly named as "Transocean Holdings, Inc.") who hereby respectfully request that the

Court issue all electronic notices in this case to Miles P. Clements, mclements@frilot.com, Kerry J. Miller, kmiller@frilot.com, Paul C. Thibodeaux, pthibodeaux@frilot.com.

          **FRILOT L.L.C.**

          /s/ Kerry J. Miller
          **MILES P. CLEMENTS (#4184)**
          **KERRY J. MILLER (#24562)**
          **PAUL C. THIBODEAUX (#29446)**
          **1100 Poydras Street**
          **Suite 3700**
          **New Orleans, LA 70163**
          **Telephone: (504) 599-8194**
          **Facsimile:  (504) 599-8145**
          E-mail: **mclements@frilot.com**
          E-mail:  **kmiller@frilot.com**
          E-mail:  **pthibodeaux@frilot.com**

          COUNSEL FOR TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC. AND TRANSOCEAN HOLDINGS, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this   22nd   day of May, 2010, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

          /s/ Kerry J. Miller