UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NATALIE ROSHTO, individually and as personal representative of SHANE ROSHTO and her minor son, BLAINE ROSHTO,<br><br>　　　　　　　　Plaintiffs,<br><br>VERSUS<br><br>TRANSOCEAN LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., BP, P.L.C., BP PRODUCTS NORTH AMERICA, INC, BP AMERICA, INC., BP EXPLORATION & PRODUCTION, INC., HALLIBURTON ENERGY SERVICES, INC., SPERRY DRILLING SERVICES, WEATHERFORD INTERNATIONAL LTD., CAMERON INTERNATIONAL CORPORATION d/b/a CAMERON SYSTEMS CORPORATION, TRITON ASSET LEASING GMBH, TRITON HUNGARY ASSET MANAGEMENT LIMITED LIABILITY COMPANY, TRITON HUNGARY ASSET MANAGEMENT KFT, TRANSOCEAN HOLDINGS, LLC, AND MI SWACO,<br><br>　　　　　　　　Defendants. | * CIVIL ACTION NO. 10-1156 c/w 10-1196<br>*<br>*<br>* SECTION "J"<br>*<br>* DIVISION "3"<br>*<br>* JUDGE CARL J. BARBIER<br>*<br>* MAGISTRATE<br>*　　　DANIEL E. KNOWLES, III<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>ORDER</u>**

　　　　Considering the *Ex Parte* Motion for Extension of Time in Which to File Responsive Pleadings, filed by Cameron International Corporation,

2

**IT IS ORDERED** that the Motion be and hereby is **GRANTED** and Defendant, Cameron International Corporation, be and the same is hereby granted an additional twenty-one (21) days, through and including August 2, 2010, in which to file responsive pleadings in the above-captioned consolidated matter, pertaining to the pleadings filed by Michelle M. Jones, individually and as personal representative of her minor son, Stafford Hess Jones to Plaintiffs' Complaint with full reservation to Cameron International Corporation of all of its objections and defenses, including but not limited to all jurisdictional and service of process defenses.

New Orleans, Louisiana, this  7th  day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE