UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: DEEPWATER HORIZON<br><br><br><br>**MOTION TO INTERVENE TO MODIFY THE COURT'S JULY 12, 2010 INTERIM PROTECTIVE ORDER AND JUNE 21, 2010 CASE MANAGEMENT ORDER** | Civil Action<br>No. 10-CV-1156<br>C/W 10-CV-1196<br><br>SECTION "J"<br><br>DIVISION "1"<br><br>JUDGE CARL J. BARBIER<br><br>MAGISTRATE SHUSHAN<br><br>APPLIES to 10-CV-1156, 10-CV-1196, 10-CV-1222, 10-CV-1249, 10-CV-1250, 10-CV-1295, 10-CV-1316, 10-CV-1324, 1339, 10-CV-1346, 10-CV-1351, 10-CV-1352, 10-CV-1411, 10-CV-1446, 10-CV-1452, 10-CV-1462, 10-CV-1472, 10-CV-1482, 10-CV-1484, 10-CV-1506, 10-CV-1512, 10-CV-1515, 10-CV-1540, 10-CV-1541, 10-CV-1542, 10-CV-1560, 10-CV-1561, 10-CV-1574, 10-CV-1613, 10-CV-1615, 10-CV-1630, 10-CV-1726 |

*IN RE: Related Actions for Motley Rice Interested Parties:*

1. *Shemper v. BP PLC et al.,* 2:10CV138-KS-MTP, (S.D. Miss., Hattiesburg Div., filed May 27, 2010)
2. *K. Nguyen v. BP PLC et al.*, 1:10CV241-HSO-JMR, (S.D. Miss., Southern Div., filed May 26, 2010)
3. *Davis et al. v. BP PLC et al.,* 4:10-CV-10055, (S.D. Fla., Key West Div., filed June 3, 2010)
4. *Shepardson v. BP PLC et al.,* 4:10-CV-10054, (S.D. Fla., Key West Div., filed June 3, 2010)
5. *Professional Bars, Inc. d/b/a Brass Monkey v. BP PLC et al.,* 4:10-CV-10056, (S.D. Fla., Key West Div., filed June 3, 2010)
6. *Ford v. BP PLC et al.,* 1:10-CV-292-CG, (S.D. Ala., Southern Div., filed June 9, 2010)
7. *Vacation Key West., Inc. v. BP PLC et al.,* 4:10-cv-10059-JLK, (S.D. Fla., Key West Div., filed June 10, 2010)
8. *Wilson v. BP PLC et al.,* 1:10-CV-263-HSO, (S.D. Miss, Southern Div., filed June 10, 2010)

9. *Stricker v. BP PLC et al.*, 3:10-cv-00229-LC-EMT, (N.D. Fla., Pensacola Div., filed June 25, 2010)
10. *Ware v. BP PLC et al.,* 4:10-cv-10069, (S.D. Fla., Key West Div. filed July 8, 2010)
11. *McCarthy v. BP PLC et al.,* 4:10-cv-10068, (S.D. Fla., Key West Div. filed July 8, 2010)
12. *Murphy v. BP PLC et al.*, 8:10-cv-01521-JDW-TGW (M.D. Fla., Tampa Div. filed July 9, 2010)

## MOTION TO INTERVENE TO MODIFY THE COURT'S JULY 12, 2010 INTERIM PROTECTIVE ORDER AND JUNE 21, 2010 CASE MANAGEMENT ORDER

COMES NOW Jacob Shemper, Kimberly Nguyen, Cory Shepardson, Professional Bars, Inc., Alan Ford, Vacation Key West, Inc., Bobby Wilson, Seymour Stricker, Kevin Ware, Thomas and Dolores Murphy, and Scott McCarthy, Plaintiffs in the above-referenced cases (hereinafter referred to as "Movants") and file this Memorandum in Support of their Motion to Intervene pursuant to Fed. R. Civ. P. 24(b). In accordance with LR 7.6E, Movants have attempted to obtain consent for the filing and granting of the subject motion from all parties having an interest to oppose. At present, although Movants' counsel has conferred with opposing counsel, no consensus has been reached or consent authorized at this time due to exigent nature of this filing. Pursuant to LR 7.4, Movants' attach a Memorandum in Support hereto. For the reasons stated therein, Movants' petition to intervene should be granted.

Respectfully submitted this 12th day of July, 2010.

    /s/ Scott M. Galante
Scott M. Galante (#26890)
GALANTE & BIVALACQUA LLC
650 Poydras Street
Suite 2015
New Orleans, LA 70130
Voice: (504) 648-1858
Facsimile: (504) 561-0559

**MOTLEY RICE LLC**
(*Pro Hac Applications pending Motion being granted*)
Ronald L. Motley
Joseph F. Rice

2

        Kevin R. Dean
        Jodi Westbrook Flowers
        28 Bridgeside Blvd.
        Mount Pleasant, SC  29464
        P.O. Box 1792
        Mount Pleasant, SC 29465
        Pho:  (843) 216-9000
        Fax:  (843) 216-9450

*Counsel for Movants*

3