UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: DEEPWATER HORIZON | * | CIVIL ACTION |
| | * | NO. 10-CV-1156<br>C/W 10-CV-1196 |
| | * | SECTION "J" |
| | * | DIVISION "1" |
| | * | JUDGE CARL J. BARBIER |
| | * | MAGISTRATE SHUSHAN |
| | * | Applies to 10-CV-1674 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### Plaintiff's Motion to Remand

NOW INTO COURT, through undersigned counsel, comes Plaintiff Elton Johnson and submits this Motion to Remand for the reasons outlined in his accompanying memorandum.

Respectfully submitted,

**ARNOLD & ITKIN LLP**

*/S/ Robert P. Wynne*

_____
Robert P. Wynne
Louisiana State Bar No. 30123
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone: (713) 222-3800
Facsimile: (713) 222-3850

**ATTORNEYS FOR PLAINTIFF**

## Certificate of Service

I certify that on July 13, 2010, I served a copy of the foregoing pleading on all counsel of record to this proceeding by hand delivery, facsimile, electronic mail, ECF filing, or by depositing the same in the United States mail, properly addressed, and first-class postage pre-paid.

*/s/ Robert P. Wynne*

_____
Robert P. Wynne