UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: DEEPWATER HORIZON** | * | CIVIL ACTION |
| | * | NO. 10-CV-1156 |
| | * | SECTION "J" |
| | * | DIVISION "1" |
| | * | JUDGE CARL J. BARBIER |
| | * | MAGISTRATE SHUSHAN |
| | * | APPLIES TO 10-CV-01760 |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**MOTION FOR REMAND**</u>

Comes now plaintiff, State of Louisiana, to move for remand on the following grounds:

1.

This Court does not have federal question jurisdiction.

2.

This Court does not have jurisdiction under any provision of the Outer Continental Shelf Lands Act, including, but not limited to, OCSLA § 1333(a)(2)(A), OCSLA § 1349(b)(1), 43 U.S.C. § 1301, *et seq,* and OCSLA § 1333(a)(1). The violations of state law alleged in the petition did not occur on an OCSLA situs.

3.

A federal question case can be asserted under OCSLA only if it arises under "laws of the United States." With regard to the application of state law as surrogate federal law under OCSLA, the "law of the United States" under which a case arises is OCSLA § 1333(a)(2)(A), not OCSLA

§ 1349(b)(1). The Deepwater Horizon is a vessel. Unlike OCSLA § 1333(a)(1), OCSLA § 1333(a)(2)(A) contains no language providing for jurisdiction over "temporarily attached" vessels. Therefore, there is no federal question jurisdiction. The removal notice ignores these threshold issues.

4.

Plaintiff has limited its claims in the petition to claims arising solely under state law.

5.

The Eleventh Amendment to the United States Constitution prevents removal.

6.

Alternatively, the civil penalties claims at issue in the case may be enforced under the maritime but local doctrine. Claims arising under general maritime law are not claims "arising under the . . . laws of the United States." Such claims can be removed only if there is complete diversity. The plaintiff in this case is the State of Louisiana. The State is not a citizen of itself for diversity purposes. Therefore, there is no diversity removal jurisdiction.

7.

For the foregoing reasons, and the additional reasons expressed in the attached Memorandum in Support of Motion for Remand, this case should be remanded. Plaintiff reserves the right to object to procedural defects in the removal.

By Attorneys:

s/ *Tom W. Thornhill* (La. Bar #12776)
Tom W. Thornhill (La Bar #12776)
THORNHILL LAW FIRM, L.C.
1308 Ninth Street
Slidell, LA 70458
(958) 641-5010 Telephone
(985) 641-5011 Facsimile

Honorable Walter P. Reed (La. Bar #2225)
DISTRICT ATTORNEY ST. TAMMANY PARISH
22nd Judicial District Court
701 N. Columbia Street
Covington, LA 70433
(985) 809-8383 Telephone
(985) 809-8312 Facsimile

Donald T. Carmouche (La. Bar #2226)
Victor L. Marcello (La. Bar # 9252)
John H. Carmouche (La. Bar #22294)
TALBOT, CARMOUCHE & MARCELLO
Post Office Box 759
Gonzales, LA 70707-0759
(225) 644-7777 Telephone
(225) 644-5226 Facsimile

Calvin C. Fayard, Jr. (La Bar #5486)
CALVIN C FAYARD, JR. APC
519 Florida Avenue, S.W.
Denham Springs, LA 70726
(225) 664-4193 Telephone
(225) 664-6925 Facsimile

Shawn C. Reed ( La. Bar #14304)
HOWARD & REED
516 N. Columbia St.
Covington, LA 70533
(985) 893-3607 Telephone
(985) 893-3478 Facsimile

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

ASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: DEEPWATER HORIZON** | * | **CIVIL ACTION** |
| | * | **NO. 10-CV-1156** |
| | * | **SECTION "J"** |
| | * | **DIVISION "1"** |
| | * | **JUDGE CARL J. BARBIER** |
| | * | **MAGISTRATE SHUSHAN** |
| | * | **APPLIES TO 10-CV-01760** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 16, 2010, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following counsel of record:

S. Gene Fendler
Robert E. Holden
Stephen Wiegand
Greg L. Johnson
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099

Richard C. Godfrey, P.C.
John T. Hickey, Jr., P.C.
J. Andrew Langan, P.C.
Hariklia Karis
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654

Paul M. Jones
April L. Rolen-Ogden
Stuart T. Welch
LISKOW & LEWIS
822 Harding Street
Lafayette, LA 70505

s/ *Tom W. Thornhill* (La. Bar #12776)