UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IN RE: DEEPWATER HORIZON                    CIVIL ACTION

                                           No. 10-CV-1156
                                           C/W 10-CV-1196

**THIS DOCUMENT RELATES TO ALL CASES**     JUDGE BARBIER

                                           MAG. JUDGE SHUSHAN

<u>ORDER</u>

On June 21, 2010, this court issued an order administratively consolidating, for pretrial purposes, all suits arising out of the Deepwater Horizon explosion, fire or resulting spill and which were pending in this Section.  This consolidation was ordered pending a ruling on transfer and coordination by the Judicial Panel on Multidistrict Litigation.

The Panel has now ruled, creating an MDL action and assigning such litigation to this Section, namely MDL 2179 IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON  APRIL 20, 2010.

Accordingly, **IT IS ORDERED** that all matters previously consolidated with 10-CV-1156 are hereby deconsolidated.

New Orleans, Louisiana, this 13th day of _August_, 2010.


_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE